

# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | Times Square Tower | SAN FRANCISCO |
| BRUSSELS | 7 Times Square | SEOUL |
| CENTURY CITY | New York, New York  10036-6524 | SHANGHAI |
| HONG KONG | TELEPHONE  (212) 326-2000 | SILICON VALLEY |
| LONDON | FACSIMILE  (212) 326-2061 | SINGAPORE |
| LOS ANGELES | www.omm.com | TOKYO |
| NEWPORT BEACH | | WASHINGTON, D.C. |

May 25, 2016

WRITER'S DIRECT DIAL
(212) 326-2067

**VIA ECF & FIRST CLASS MAIL**

WRITER'S E-MAIL ADDRESS
jkohn@omm.com

Honorable Joseph A. Dickson
United States Magistrate Judge
Martin Luther Kind Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

     **Re:** *Ferreras et al v. American Airlines, Inc.*
        *Case No. 2:16-cv-02427 (JLL) (JAD)*

Dear Judge Dickson:

  We are counsel for Defendant American Airlines, Inc. ("American") in this matter. Pursuant to Your Honor's Judicial Preferences, we submit American's requests for admission *pro hac vice* of Mark W. Robertson, Esq. and Daniel J. Franklin, Esq. of the law firm O'Melveny & Myers LLP.

  Plaintiffs' counsel has consented to the *pro hac vice* admissions of Mr. Robertson and Mr. Franklin.  I enclose the Declarations of Jeffrey I Kohn, Esq., Mark W. Robertson, Esq., and Daniel J. Franklin, Esq. in support of American's requests for admission, and two proposed Consent Orders signed by counsel for both parties.  If the enclosed meets Your Honor's approval, we respectfully request that the Orders be entered.

  Thank you for your attention to and consideration of this matter.

              Respectfully submitted,

              */s/ Jeffrey I. Kohn*
              Jeffrey I. Kohn, Bar No. 027951988
              *of* O'Melveny & Myers LLP

Enclosures