Jeffrey I. Kohn, Esq., Bar No. 027951988
Mark W. Robertson, Esq. (*pro hac vice* admission pending)
Daniel J. Franklin, Esq. (*pro hac vice* admission pending)
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Tel: (212) 326-2000
Fax: (212) 326-2061
jkohn@omm.com
mrobertson@omm.com
dfranklin@omm.com

*Attorneys for Defendant*
*American Airlines, Inc.*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL FERRERAS and EDWIN GONZALEZ on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN AIRLINES, INC., <br><br> Defendant. | Case No. 2:16-cv-02427-JLL-JAD <br><br> **DECLARATION OF JEFFREY I. KOHN, ESQ. IN SUPPORT OF THE ADMISSION *PRO HAC VICE* OF MARK W. ROBERTSON, ESQ.** |

I, Jeffrey I. Kohn, Esq. an attorney duly admitted to practice law in the Courts of the

State of New Jersey and the United States District Court for the District of New Jersey, and of

full age, certify pursuant to Local Civil Rule 101.01(c) as follows:

1.      I am a partner of the law firm of O'Melveny & Myers LLP, attorneys for

Defendant American Airlines, Inc. for the above-captioned matter.  I submit this Declaration in

support of the application to admit Mark W. Robertson, Esq. as counsel *pro hac vice* in the

above-captioned matter pursuant to Local Civil Rule 101.1(c).  I am personally familiar with the facts set forth in this Declaration.

2.      I am in good standing in all the bars of which I am a Member.  I have never been subjected to any discipline by any court or governing body.

3.      If the Court grants the *pro hac vice* admission of Mark W. Robertson, Esq. I will continue to serve as counsel of record in this matter, will review and sign all pleadings, briefs and other papers filed with the Court, will be responsible for the conduct of this action and for the conduct of the attorneys admitted *pro hac vice*, will accept service of all papers filed with the Court, will appear at all scheduled Court proceedings, and will otherwise comply with the terms and conditions of Local Civil Rule 101.1(c).

4.      If the Court grants *pro hac vice* admissions of Mark W. Robertson, Esq., I will ensure that *pro hac vice* counsel will comply with Local Civil Rule 101.1(c).

5.      In light of Plaintiffs' consent to this motion, I further respectfully submit, pursuant to Local Civil Rule 7.1(d)(4), that no brief is necessary on this motion.

For the foregoing reasons and the reasons set forth in the Declaration of Mark W. Robertson, Esq. In Support of Application For Admission *Pro Hac Vice*, I respectfully request that this Court enter the accompanying Order admitting Mark W. Robertson, Esq. *pro hac vice*.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any

of the foregoing statements made by me are willfully false, I am subject to punishment.


Dated:  May 25, 2016                                          */s/ Jeffrey I. Kohn*

Jeffrey I. Kohn, Bar No. 027951988
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Tel: (212) 326-2000
Fax: (212) 326-2061
E-mail: jkohn@omm.com

*Attorneys for Defendant*
*American Airlines, Inc.*