Jeffrey I. Kohn, Esq., Bar No. 027951988
Mark W. Robertson, Esq. (*pro hac vice* admission pending)
Daniel J. Franklin, Esq. (*pro hac vice* admission pending)
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Tel: (212) 326-2000
Fax: (212) 326-2061
jkohn@omm.com
mrobertson@omm.com
dfranklin@omm.com

*Attorneys for Defendant
American Airlines, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL FERRERAS and EDWIN GONZALEZ on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES, INC.,<br><br>Defendant. | Case No. 2:16-cv-02427-JLL-JAD<br><br>**CONSENT ORDER GRANTING *PRO HAC VICE* ADMISSION OF DANIEL J. FRANKLIN, ESQ.** |

**THIS MATTER**, having been brought before the Court on the application of Jeffrey I. Kohn, Esq., of O'Melveny & Myers LLP, attorneys for Defendant, to allow Daniel J. Franklin, Esq. of O'Melveny & Myers LLP to appear and participate *pro hac vice* pursuant to Local Civil Rule 101.1; and the Court having considered the submissions in support of the application which reflects that Daniel J. Franklin satisfies the requirements set forth in the Local Civil Rule; and Plaintiffs having consented to the requested relief; and for good cause shown;

**IT IS** on this _____ day of _____, 2016,

**ORDERED** that Defendant's application be and it hereby is granted; and it is further

**ORDERED** that Daniel J. Franklin, Esq., is a member in good standing of the bar of the State of New York (2009), and the bars of the United States Court of Appeals for the Tenth Circuit (2015), United States Court of Federal Claims (2016), United States District Courts for the Southern District of New York (2009) and Eastern District of New York (2009), and shall be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

**ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by Jeffrey I. Kohn of the law firm O'Melveny & Myers LLP, attorney of record for Defendant who is admitted to the Bar of this Court, and shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorneys admitted hereby; and it is further

**ORDERED** that Daniel J. Franklin, Esq., shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L. Civ. R. 101.1(c)(2) and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order; and it is further

**ORDERED** that Daniel J. Franklin, Esq., shall pay $150.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c)(3), within twenty (20) days from the date of the entry of this Order; and it is further

**ORDERED** that Daniel J. Franklin, Esq., shall notify this Court immediately of any disciplinary charges brought against him in the Bar of any other court; and it is further

**ORDERED** that O'Melveny & Myers LLP may file a request, the form of which is available at the Court's website, with the Clerk of the Court for *pro hac vice* counsel to receive electronic notifications in this matter.

                                          **HON. JOSEPH A. DICKSON**
                                          **United States Magistrate Judge**

| McLAUGHLIN & STERN LLP | O'MELVENY & MYERS LLP |
|---|---|
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |
| By: */s/ Chester R. Ostrowski* | By: */s/ Jeffrey I. Kohn* |
|     Chester R. Ostrowski, Esq. |     Jeffrey I. Kohn., Esq. |

3