# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL FERRERAS, EDWIN GONZALEZ, DOUG BILLITZ, SCOTT ELLENTUCK, DENIS LIPPENS, RUEBEN RAMIREZ, MASOUD ZABIHIALAM, CHRISTOPHER FAUST and RAMON COCA on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>    v.<br><br>AMERICAN AIRLINES, INC.,<br><br>              Defendant. | Case No. 2:16-cv-02427-CCC-JAD<br><br>**ORDER** |

In accordance with Local Rule 79.4, the Court enters the following Order implementing the Third Circuit's Judgment dated December 24, 2019 (ECF No. 167).

**IT IS on this** __8__ **day of** __December__ **, 2020**,

**ORDERED** that this Court's class certification order dated March 6, 2019 (ECF 121) is hereby **REVERSED**.

_____
**HON. Claire C. Cecchi**
**United States District Court Judge**
**District of New Jersey**